FILED
October 16, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-431 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| EARL RISBY, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release EARL RISBY , Case No. 09-431 , Charge (Supervised Release Violation) , from custody subject to the conditions stated on the record.

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

___ Unsecured Appearance Bond $_____

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) Defendant ordered released; Conditions as stated on the record.

Issued at Sacramento, CA on October 16, 2009 at 10:40 ~~10:05~~ a.m.

By /s/ Garland E. Burrell, Jr.
Garland E. Burrell, Jr.
United States District Judge

Original - U.S. Marshal