FILED
January 8, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:09CR00431-GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| EARL RISBY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EARL RISBY , Case No.  2:09CR00431-GEB , Charge  Supervise Release Violation , from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and~~ for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __

Issued at  Sacramento, CA  on  January 8, 2010  at  9:56 am  .

By  /s/ Garland E. Burrell
Garland E. Burrell
United States District Judge

Copy 5 - Court